# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                              In Proceedings
                                                                    Under Chapter 7
Ann S. Coleman
                                                                    BK 09−31754
    Debtor(s)

US Bank NA

    Movant(s),
  vs.

Ann S. Coleman , Debtor and Donald Samson, Trustee

    Defendant(s).

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 9/8/2009; it appearing to the Court

- ☑ that the debtor has not filed an objection and/or has consented to the motion;

- ☑ that the Trustee has not filed an objection and/or has consented to the motion;

- ☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for ten days an order granting a motion for relief from stay is hereby waived.

ENTERED: September 24, 2009                                               /s/ Kenneth J. Meyers
                                                                                    UNITED STATES BANKRUPTCY JUDGE